| AO 10 Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SARIS, PATTI B. | U.S.D.C. MASSACHUSETTS | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ✓ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 to 12/31/2020 |

| 7. Chambers or Office Address |
|---|
| J. J. MOAKLEY U.S. COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 8110<br>BOSTON, MA 02210 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | TRUST #4 (See Part VIII) |
| 2. | Co-Trustee | TRUST #5 (See Part VIII) |
| 3. | Director | Board of the Federal Judges Association |
| 4. | Member | Audit Committee and Trust of the National Academy of Arts and Sciences |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

✓ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2020 | HARVARD BUSINESS PUBLISHING, MA - Royalties |
| 3. 2020 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. 2020 | SRB CORPORATION - Advisory fee |
| 5. 2020 | LONG POINT REAL ESTATE - Advisory fee |
| 6. 2020 | JONATHAN ROSE COMPANIES - Advisory fee |
| 7. 2020 | REGENT PARTNERS - Advisory fee |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Trust # 5 (H) | | | | | | | | | |
| 2.   - Baupost Value Partners LP I | | None | | | Redeemed | 08/11/20 | N | | See Part VIII |
| 3.   - Kensico Offshore Fd Ltd LP | | None | P1 | W | | | | | |
| 4.   - Independent Franchise Partners US Eq Fd (IFPUX) mutual fund | A | Dividend | P1 | T | Sold (part) | 02/03/20 | L | A | |
| 5. | | | | | Sold (part) | 02/03/20 | J | A | |
| 6. | | | | | Sold (part) | 02/03/20 | N | A | |
| 7. | | | | | Sold (part) | 02/03/20 | P1 | G | |
| 8.   - Frontier MFG Global Eq-Inst (FMGEX) mutual fund | | None | | | Donated | | | | |
| 9.   - First Republic Bank, Bank account (cash account) | A | Interest | J | T | | | | | |
| 10.   Trust # 10 (H) | | | | | | | | | |
| 11.   - Britehouse life, universal Life insurance** See Part VIII Note | | None | P1 | W | | | | | |
| 12.   Trust # 11 (H) | | | | | | | | | |
| 13.   - Sun Life Assurance, universal life insurance | | None | P1 | W | | | | | |
| 14.   - Manufacturers Life Ins, universal life (John Hancock) | | None | P2 | W | | | | | |
| 15.   IRA Rollover (H) | | | | | | | | | |
| 16.   - Federated Hermes Treasury Obl - (cash equivalent) | B | Dividend | P1 | T | Buy (add'l) | 01/03/20 | J | | |
| 17. | | | | | Buy (add'l) | 02/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 19. | | | | | Buy (add'l) | 03/12/20 | P1 | | |
| 20. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 21. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 22. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 23. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 24. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 25. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 26. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 27. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 28. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 29.  - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd | | None | | | Sold | 03/12/20 | P1 | G | |
| 30. Park St Capl Natural Res Fd L.P. | C | Distribution | J | U | | | | | |
| 31. US Fidenza LLC | | None | J | U | | | | | |
| 32. Park St Capital V LP | | None | J | U | | | | | |
| 33. Highfields Capital II LP | C | Distribution | | | Redeemed | 12/31/20 | J | | See Part VIII |
| 34. Park St Natural Resource Fund II Combined (Private Equity) | | None | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Park Street Capital VI (Private Equity Fd) | G | Distribution | M | U | | | | | |
| 36. Patron Capital LP II (private equity) | F | Distribution | L | W | | | | | |
| 37. US Dublin LLC | | None | N | W | | | | | |
| 38. Europa Fund II US LP | D | Distribution | | | Redeemed | 12/31/20 | J | | See Part VIII |
| 39. Weston Presidio V LP | | None | K | W | | | | | |
| 40. Trust # 18 (H) | | | | | | | | | |
| 41. - Int in MECM Investments LLC (privately held) | G | Distribution | P2 | W | | | | | |
| 42. - First Republic Bank, Bank account (cash account) | A | Interest | M | T | | | | | |
| 43. - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | M | T | Open | 02/28/20 | K | | |
| 44. Trust # 19 (H) | | | | | | | | | |
| 45. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 46. - First Republic Bank, Bank account (cash account) | A | Interest | L | T | | | | | |
| 47. - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | M | T | Open | 02/28/20 | K | | |
| 48. Trust # 20 (H) | | | | | | | | | |
| 49. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 50. - First Republic Bank, Bank account (cash account) | A | Interest | M | T | | | | | |
| 51. - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | M | T | Open | 02/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Fidelity Cash Reserves Fund (x) | A | Dividend | N | T | Open | 05/11/20 | M | | |
| 53.   - Ishares TR Natl Mun BD ETF Fd (x) | A | Dividend | K | T | Open | 02/13/20 | K | | |
| 54.   - Vanguard INTL Equity Index FDS Total World Stk Index FD ETF SHS (x) | B | Dividend | L | T | Open | 02/13/20 | L | | |
| 55.   Trust # 21 (H) | | | | | | | | | |
| 56.   - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 57.   - First Republic Bank, Bank account (cash account) | A | Interest | L | T | | | | | |
| 58.   - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | M | T | Open | 02/28/20 | K | | |
| 59.   - IShares TR Natl Mun BD ETF FD (x) | A | Dividend | J | T | Open | 02/13/20 | J | | |
| 60.   - Vanguard Intl Equity Index FDS Total World Stk Index FD ETF (x) | A | Dividend | J | T | Open | 02/13/20 | K | | |
| 61.   Park St Cap Priv Eq Fd VII A LP | E | Distribution | L | U | | | | | |
| 62.   Park St Cap Natural Res Fd III LP combined (priv Eq) | D | Distribution | N | U | | | | | |
| 63.   TA X LP (Priv Eq) | A | Distribution | | | Redeemed | 12/30/20 | J | | See Part VIII |
| 64.   Local Motors Series A pfd stock | | None | J | W | | | | | |
| 65.   PSC Luxembourg Hldgs LLC | | None | J | U | | | | | |
| 66.   Trust # 23 (H) | | | | | | | | | |
| 67.   - Int in MECM Investments LLC (privately held) | F | Distribution | P1 | W | | | | | |
| 68.   - First Republic Bank, Bank account (cash account) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | L | T | Open | 02/28/20 | K | | |
| 70.  - IShares TR Natl Mun BD ETF FD (x) | A | Dividend | J | T | Open | 02/13/20 | J | | |
| 71.  - Vanguard Intl Equity Index FDS Total World Stk Index FD ETF (x) | A | Dividend | J | T | Open | 02/13/20 | J | | |
| 72.  Trust # 24 (H) | | | | | | | | | |
| 73.  - Int in MECM Investments LLC (privately held) | F | Distribution | P1 | W | | | | | |
| 74.  - First Republic Bank, Bank account (cash account) | A | Interest | K | T | | | | | |
| 75.  - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | M | T | Open | 02/28/20 | K | | |
| 76.  Trust # 25 (H) | | | | | | | | | |
| 77.  - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 78.  - First Republic Bank, Bank account (cash account) | A | Interest | M | T | | | | | |
| 79.  - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | L | T | Open | 02/28/20 | K | | |
| 80.  Trust # 26 (H) | | | | | | | | | |
| 81.  - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 82.  - First Republic Bank, Bank account (cash account) | A | Interest | M | T | | | | | |
| 83.  - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | M | T | Open | 02/28/20 | K | | |
| 84.  - Fidelity Cash Reserves Fund (x) | A | Dividend | M | T | Open | 05/11/20 | M | | |
| 85.  - Ishares TR Natl Mun BD ETF FD (x) | A | Dividend | K | T | Open | 02/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - Vanguard INTL Equity Index FDS Total World Stk Index FD ETF SHS (x) | A | Dividend | K | T | Open | 02/13/20 | K | | |
| 87.  Liveprocess Corp Ser A pfd stock | | None | J | T | | | | | |
| 88.  Meridia Capital LP | | None | J | U | | | | | |
| 89.  Meta4 Group Ltd LP | | None | J | U | | | | | |
| 90.  Middle East North Africa Opportunities Fd, LP | | None | J | W | | | | | |
| 91.  Trust # 27 (H) | | | | | | | | | |
| 92.  - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 93.  - First Republic Bank, Bank account (cash account) | A | Interest | L | T | | | | | |
| 94.  - First Republic Bank, Bank account (cash account 2) | A | Interest | M | T | | | | | |
| 95.  - Hephaestion LP | | None | J | W | | | | | |
| 96.  - Hephaestion Co Inv I LP | | None | J | W | | | | | |
| 97.  - Porus Inv Hldg Co Ltd | | None | J | W | | | | | |
| 98.  - Xander Master Fund LLC | | None | J | W | | | | | |
| 99.  - Ptolemy Holdings Trust | E | Distribution | P1 | W | | | | | |
| 100.  - Fidelity Cash Reserves Fund (x) | A | Dividend | K | T | Open | 05/11/20 | L | | |
| 101. | | | | | Sold (part) | 10/28/20 | K | | |
| 102.  - Ishares TR Natl Mun BD ETF FD (x) | A | Dividend | J | T | Open | 02/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard Intl Equity Index FDS Total World Stk Index FD ETS SHS (x) | A | Dividend | J | T | Open | 02/13/20 | J | | |
| 104. Trust # 28 (H) | | | | | | | | | |
| 105. - Int in MECM Investments LLC (privately held) | G | Distribution | P1 | W | | | | | |
| 106. - Vanguard Dvd Apprec Ind-adm (VDADX) | D | Dividend | N | T | | | | | |
| 107. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | D | Dividend | M | T | | | | | |
| 108. - First Republic Bank, Bank account (cash account) | D | Interest | N | T | | | | | |
| 109. - First Republic Bank, Bank account (cash account 2) | A | Interest | L | T | | | | | |
| 110. - Hephaestion LP | | None | J | W | | | | | |
| 111. - Hephaestion Co Inv I LP | | None | J | W | | | | | |
| 112. - Porus Inv Hldg Co Ltd | | None | J | W | | | | | |
| 113. - Xander Master Fund LLC | | None | J | W | | | | | |
| 114. - Ptolemy Holdings Trust | E | Distribution | P1 | W | | | | | |
| 115. RBC (Royal Bank of Canada), bank accounts | E | Interest | P1 | T | | | | | |
| 116. Gold boullion | | None | P1 | T | | | | | |
| 117. MECM Investments LLC (H) | | | | | | | | | |
| 118. - Gold Bullion | | None | P2 | T | | | | | |
| 119. - MA St Dev Fin Agy Bds, municipal bds | E | Interest | | | Matured | 01/01/20 | N | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - CHARLESTON CNTY S C 5% 11-01-2021 BEO | E | Interest | | | Sold | 11/25/20 | N | | See Part VIII |
| 121. - Frederick Cty MD municipal bds | A | Interest | | | Matured | 12/01/20 | J | | See Part VIII |
| 122. - Lone Star Real Estate Fd II (U.S.), LP (priv equity) | B | Distribution | K | W | | | | | |
| 123. - Lone Star Fund VII (U.S.), LP (priv equity) | | None | J | W | | | | | |
| 124. - PS Opportunities Onshore LP (priv equity) | G | Distribution | | | Redeemed | 04/30/20 | M | | See Part VIII |
| 125. - University Utah University Revs (municipal Bds) | E | Interest | | | Sold | 11/27/20 | N | | See Part VIII |
| 126. - MA St Sch Bldg Auth 5-15-2021 (municipal bds) | D | Interest | N | T | | | | | |
| 127. - Morehead St Univ KY municipal bds | D | Interest | | | Sold | 06/12/20 | N | | See Part VIII |
| 128. - Stratford CT municipal bds | E | Interest | N | T | | | | | |
| 129. - Franklin IND Cmnty-Sch Bldg municipal bds | D | Interest | N | T | | | | | |
| 130. - MARYLAND ST 5% 08-01-2025 BEO | C | Interest | M | T | | | | | |
| 131. - Edgbaston Asian Equity Trust (private eq) | | None | | | Redeemed | 05/07/20 | J | | See Part VIII |
| 132. - Oakland Univ Mich Rev municipal fds | D | Interest | M | T | | | | | |
| 133. - MFB Northern Funds US Govt money mkt (cash equiv) | B | Interest | M | T | | | | | |
| 134. - Governors Lane Onshore Fund LP (private equity) | | None | | | Redeemed | 05/07/20 | L | | See Part VIII |
| 135. - Waterline Ventures II LP (private equity) | | None | N | W | Buy (add'l) | 02/27/20 | K | | |
| 136. | | | | | Buy (add'l) | 09/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Regent Opportunity Fund IV, LLC (private equity) | | None | N | W | Buy (add'l) | 01/21/20 | J | | |
| 138. - US Bank Security acct (H) | | | | | | | | | |
| 139. - First Am US Treas mm CL Z cash equiv (mutual fd) | G | Dividend | P2 | T | Buy (add'l) | 01/20/20 | P2 | | |
| 140. | | | | | Buy (add'l) | 01/03/20 | J | | |
| 141. | | | | | Buy (add'l) | 01/17/20 | N | | |
| 142. | | | | | Buy (add'l) | 01/21/20 | L | | |
| 143. | | | | | Buy (add'l) | 01/23/20 | O | | |
| 144. | | | | | Buy (add'l) | 01/24/20 | K | | |
| 145. | | | | | Buy (add'l) | 01/24/20 | K | | |
| 146. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 147. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 148. | | | | | Buy (add'l) | 02/10/20 | L | | |
| 149. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 150. | | | | | Buy (add'l) | 02/20/20 | J | | |
| 151. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 152. | | | | | Buy (add'l) | 02/26/20 | K | | |
| 153. | | | | | Buy (add'l) | 02/28/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 155. | | | | | Buy (add'l) | 03/10/20 | K | | |
| 156. | | | | | Buy (add'l) | 03/20/20 | K | | |
| 157. | | | | | Buy (add'l) | 03/26/20 | P1 | | |
| 158. | | | | | Buy (add'l) | 03/27/20 | P1 | | |
| 159. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 160. | | | | | Buy (add'l) | 04/09/20 | L | | |
| 161. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 162. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 163. | | | | | Buy (add'l) | 04/23/20 | N | | |
| 164. | | | | | Buy (add'l) | 04/24/20 | K | | |
| 165. | | | | | Buy (add'l) | 04/28/20 | M | | |
| 166. | | | | | Buy (add'l) | 04/29/20 | K | | |
| 167. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 168. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 169. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 170. | | | | | Buy (add'l) | 05/07/20 | P1 | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/11/20 | K | | |
| 172. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 173. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 174. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 175. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 176. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 177. | | | | | Buy (add'l) | 06/24/20 | M | | |
| 178. | | | | | Buy (add'l) | 06/25/20 | O | | |
| 179. | | | | | Buy (add'l) | 06/26/20 | O | | |
| 180. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 181. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 182. | | | | | Buy (add'l) | 07/07/20 | K | | |
| 183. | | | | | Buy (add'l) | 07/08/20 | L | | |
| 184. | | | | | Buy (add'l) | 07/10/20 | N | | |
| 185. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 186. | | | | | Buy (add'l) | 07/21/20 | P1 | | |
| 187. | | | | | Buy (add'l) | 07/29/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 07/31/20 | K | | |
| 189. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 191. | | | | | Buy<br>(add'l) | 08/11/20 | M | | |
| 192. | | | | | Buy<br>(add'l) | 08/13/20 | O | | |
| 193. | | | | | Buy<br>(add'l) | 08/17/20 | O | | |
| 194. | | | | | Buy<br>(add'l) | 08/17/20 | J | | |
| 195. | | | | | Buy<br>(add'l) | 08/28/20 | K | | |
| 196. | | | | | Buy<br>(add'l) | 08/31/20 | K | | |
| 197. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 198. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 199. | | | | | Buy<br>(add'l) | 09/10/20 | K | | |
| 200. | | | | | Buy<br>(add'l) | 09/16/20 | M | | |
| 201. | | | | | Buy<br>(add'l) | 09/17/20 | K | | |
| 202. | | | | | Buy<br>(add'l) | 09/28/20 | K | | |
| 203. | | | | | Buy<br>(add'l) | 09/28/20 | P1 | | |
| 204. | | | | | Buy<br>(add'l) | 10/01/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/01/20 | M | | |
| 206. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 207. | | | | | Buy (add'l) | 10/02/20 | L | | |
| 208. | | | | | Buy (add'l) | 10/05/20 | K | | |
| 209. | | | | | Buy (add'l) | 10/13/20 | O | | |
| 210. | | | | | Buy (add'l) | 10/16/20 | K | | |
| 211. | | | | | Buy (add'l) | 10/19/20 | K | | |
| 212. | | | | | Buy (add'l) | 10/19/20 | M | | |
| 213. | | | | | Buy (add'l) | 10/22/20 | K | | |
| 214. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 215. | | | | | Buy (add'l) | 10/29/20 | L | | |
| 216. | | | | | Buy (add'l) | 10/30/20 | K | | |
| 217. | | | | | Buy (add'l) | 11/02/20 | P1 | | |
| 218. | | | | | Buy (add'l) | 11/03/20 | P1 | | |
| 219. | | | | | Buy (add'l) | 11/06/20 | N | | |
| 220. | | | | | Buy (add'l) | 11/10/20 | N | | |
| 221. | | | | | Buy (add'l) | 11/13/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 11/23/20 | K | | |
| 223. | | | | | Buy (add'l) | 11/25/20 | N | | |
| 224. | | | | | Buy (add'l) | 11/30/20 | P1 | | |
| 225. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 226. | | | | | Buy (add'l) | 12/04/20 | K | | |
| 227. | | | | | Buy (add'l) | 12/09/20 | K | | |
| 228. | | | | | Buy (add'l) | 12/17/20 | P1 | | |
| 229. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 230. | | | | | Buy (add'l) | 12/22/20 | K | | |
| 231. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 232. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 233. | | | | | Buy (add'l) | 12/30/20 | K | | |
| 234. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 235. | | | | | Buy (add'l) | 12/31/20 | K | | |
| 236. | | | | | Sold (part) | 01/03/20 | J | | |
| 237. | | | | | Sold (part) | 01/07/20 | M | | |
| 238. | | | | | Sold (part) | 01/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 01/15/20 | J | | |
| 240. | | | | | Sold (part) | 01/15/20 | J | | |
| 241. | | | | | Sold (part) | 01/16/20 | J | | |
| 242. | | | | | Sold (part) | 01/22/20 | P1 | | |
| 243. | | | | | Sold (part) | 01/22/20 | J | | |
| 244. | | | | | Sold (part) | 01/27/20 | J | | |
| 245. | | | | | Sold (part) | 02/06/20 | K | | |
| 246. | | | | | Sold (part) | 02/18/20 | L | | |
| 247. | | | | | Sold (part) | 02/18/20 | J | | |
| 248. | | | | | Sold (part) | 02/19/20 | M | | |
| 249. | | | | | Sold (part) | 02/24/20 | J | | |
| 250. | | | | | Sold (part) | 02/27/20 | P1 | | |
| 251. | | | | | Sold (part) | 03/02/20 | N | | |
| 252. | | | | | Sold (part) | 03/03/20 | L | | |
| 253. | | | | | Sold (part) | 03/06/20 | L | | |
| 254. | | | | | Sold (part) | 03/13/20 | L | | |
| 255. | | | | | Sold (part) | 03/19/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 03/24/20 | M | | |
| 257. | | | | | Sold (part) | 03/25/20 | J | | |
| 258. | | | | | Sold (part) | 03/27/20 | P1 | | |
| 259. | | | | | Sold (part) | 03/31/20 | P1 | | |
| 260. | | | | | Sold (part) | 04/02/20 | M | | |
| 261. | | | | | Sold (part) | 04/07/20 | M | | |
| 262. | | | | | Sold (part) | 04/08/20 | P1 | | |
| 263. | | | | | Sold (part) | 04/14/20 | M | | |
| 264. | | | | | Sold (part) | 04/14/20 | M | | |
| 265. | | | | | Sold (part) | 04/24/20 | L | | |
| 266. | | | | | Sold (part) | 04/27/20 | J | | |
| 267. | | | | | Sold (part) | 04/27/20 | P1 | | |
| 268. | | | | | Sold (part) | 04/30/20 | J | | |
| 269. | | | | | Sold (part) | 05/12/20 | M | | |
| 270. | | | | | Sold (part) | 05/13/20 | O | | |
| 271. | | | | | Sold (part) | 05/19/20 | K | | |
| 272. | | | | | Sold (part) | 05/26/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 05/27/20 | P1 | | |
| 274. | | | | | Sold (part) | 05/29/20 | M | | |
| 275. | | | | | Sold (part) | 06/02/20 | L | | |
| 276. | | | | | Sold (part) | 06/03/20 | M | | |
| 277. | | | | | Sold (part) | 06/10/20 | K | | |
| 278. | | | | | Sold (part) | 06/11/20 | J | | |
| 279. | | | | | Sold (part) | 06/17/20 | J | | |
| 280. | | | | | Sold (part) | 06/24/20 | L | | |
| 281. | | | | | Sold (part) | 06/29/20 | J | | |
| 282. | | | | | Sold (part) | 07/15/20 | L | | |
| 283. | | | | | Sold (part) | 07/20/20 | M | | |
| 284. | | | | | Sold (part) | 07/24/20 | M | | |
| 285. | | | | | Sold (part) | 07/27/20 | J | | |
| 286. | | | | | Sold (part) | 07/29/20 | M | | |
| 287. | | | | | Sold (part) | 07/30/20 | P1 | | |
| 288. | | | | | Sold (part) | 08/05/20 | L | | |
| 289. | | | | | Sold (part) | 08/07/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 08/10/20 | J | | |
| 291. | | | | | Sold (part) | 08/13/20 | L | | |
| 292. | | | | | Sold (part) | 08/18/20 | M | | |
| 293. | | | | | Sold (part) | 08/18/20 | K | | |
| 294. | | | | | Sold (part) | 08/21/20 | N | | |
| 295. | | | | | Sold (part) | 08/25/20 | J | | |
| 296. | | | | | Sold (part) | 08/27/20 | L | | |
| 297. | | | | | Sold (part) | 09/04/20 | N | | |
| 298. | | | | | Sold (part) | 09/18/20 | K | | |
| 299. | | | | | Sold (part) | 09/21/20 | O | | |
| 300. | | | | | Sold (part) | 09/22/20 | L | | |
| 301. | | | | | Sold (part) | 09/24/20 | J | | |
| 302. | | | | | Sold (part) | 09/25/20 | J | | |
| 303. | | | | | Sold (part) | 09/25/20 | K | | |
| 304. | | | | | Sold (part) | 09/28/20 | P1 | | |
| 305. | | | | | Sold (part) | 10/09/20 | J | | |
| 306. | | | | | Sold (part) | 10/15/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold<br>(part) | 10/26/20 | J | | |
| 308. | | | | | Sold<br>(part) | 10/27/20 | M | | |
| 309. | | | | | Sold<br>(part) | 11/09/20 | J | | |
| 310. | | | | | Sold<br>(part) | 11/12/20 | P1 | | |
| 311. | | | | | Sold<br>(part) | 11/16/20 | L | | |
| 312. | | | | | Sold<br>(part) | 11/19/20 | K | | |
| 313. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 314. | | | | | Sold<br>(part) | 11/30/20 | P1 | | |
| 315. | | | | | Sold<br>(part) | 12/10/20 | L | | |
| 316. | | | | | Sold<br>(part) | 12/10/20 | N | | |
| 317. | | | | | Sold<br>(part) | 12/15/20 | M | | |
| 318. | | | | | Sold<br>(part) | 12/16/20 | K | | |
| 319. | | | | | Sold<br>(part) | 12/18/20 | M | | |
| 320. | | | | | Sold<br>(part) | 12/24/20 | J | | |
| 321. | | | | | Sold<br>(part) | 12/28/20 | L | | |
| 322. | | | | | Sold<br>(part) | 12/29/20 | O | | |
| 323.  - Independent Fran Part EQ FD (mutual FD) | F | Dividend | P1 | T | Sold<br>(part) | 06/24/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 06/24/20 | K | D | |
| 325. | | | | | Sold (part) | 06/24/20 | J | B | |
| 326. | | | | | Sold (part) | 06/24/20 | L | D | |
| 327. | | | | | Sold (part) | 06/24/20 | L | B | |
| 328. | | | | | Sold (part) | 06/24/20 | M | E | |
| 329. | | | | | Sold (part) | 08/12/20 | O | G | |
| 330. | | | | | Sold (part) | 08/12/20 | M | E | |
| 331. - Euro Currency (cash equiv) | None | | J | T | Buy (add'l) | 01/03/20 | K | | |
| 332. | | | | | Buy (add'l) | 01/14/20 | J | | |
| 333. | | | | | Buy (add'l) | 02/19/20 | K | | |
| 334. | | | | | Buy (add'l) | 03/24/20 | M | | |
| 335. | | | | | Buy (add'l) | 04/13/20 | M | | |
| 336. | | | | | Buy (add'l) | 06/02/20 | L | | |
| 337. | | | | | Buy (add'l) | 08/11/20 | M | | |
| 338. | | | | | Buy (add'l) | 09/23/20 | L | | |
| 339. | | | | | Buy (add'l) | 12/09/20 | L | | |
| 340. | | | | | Sold (part) | 01/03/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold (part) | 01/15/20 | J | | |
| 342. | | | | | Sold (part) | 02/18/20 | K | | |
| 343. | | | | | Sold (part) | 03/24/20 | M | | |
| 344. | | | | | Sold (part) | 04/14/20 | M | A | |
| 345. | | | | | Sold (part) | 06/02/20 | L | | |
| 346. | | | | | Sold (part) | 08/18/20 | M | | |
| 347. | | | | | Sold (part) | 09/22/20 | L | | |
| 348. | | | | | Sold (part) | 12/29/20 | J | A | |
| 349. - Frontegra MFG Global Equity Instl (mutual FD) | G | Dividend | P2 | T | Sold (part) | 06/24/20 | O | | |
| 350. | | | | | Sold (part) | 08/12/20 | O | E | |
| 351. - Vanguard Dividend Apprec IDX Admiral (mutual fd) | A | Dividend | | | Buy (add'l) | 03/26/20 | J | | |
| 352. | | | | | Sold | 06/23/20 | M | F | See Part VIII |
| 353. - ishares MSCI World ETF | | None | | | Sold | 03/23/20 | P1 | | See Part VIII |
| 354. - Castlelake V LPs (private equity) | | None | P1 | W | Buy (add'l) | 03/03/20 | L | | |
| 355. | | | | | Buy (add'l) | 04/07/20 | M | | |
| 356. - Berkshire Wind Pwr Coop Corp Mass municipal bds | D | Interest | N | T | | | | | |
| 357. - SPRINGFIELD MASS WTR & SWR COMMN REV 5% 04-15-2026 BEO | E | Interest | N | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.   - WA Multnomah & Yamhill Cntys municipal bds | D | Interest | | | Sold | 11/27/20 | N | | See Part VIII |
| 359.   - Brookside Cap Partners Fd LP | D | Distribution | J | W | | | | | |
| 360.   - Summit Ptrns Priv Eq Fd VII-A | E | Distribution | M | W | | | | | |
| 361.   - Hony Capital Fund 2008, LP | E | Distribution | N | U | | | | | |
| 362.   - Lone Star Fund VI (US), LP | F | Distribution | N | U | | | | | |
| 363.   - Lone Star Europe Holdings (US), LP | F | Distribution | M | U | | | | | |
| 364.   - Lone Star Real Estate Fund (US), LP | | None | L | U | | | | | |
| 365.   - Lime Rock Partners VI LP (private equity) | E | Distribution | N | U | Buy (add'l) | 03/27/20 | J | | |
| 366. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 367. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 368.   - Lone Star Fund VIII (US) LP (private equity) | | None | O | U | | | | | |
| 369.   - Lone Star Real Estate Fund III (US), LP (private eq) | F | Distribution | L | U | | | | | |
| 370.   - Castlelake IV LP (private eq) | G | Distribution | P1 | U | | | | | |
| 371.   - Lime Rock Partners VII LP (private eq) | F | Distribution | P1 | U | Buy (add'l) | 03/27/20 | K | | |
| 372. | | | | | Buy (add'l) | 06/26/20 | K | | |
| 373. | | | | | Buy (add'l) | 09/25/20 | K | | |
| 374. | | | | | Buy (add'l) | 12/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  - Lone Star IX (US), LP (private eq) | G | Distribution | O | U | | | | | |
| 376.  - Aria Investment Partners LP LLC (private equity) | E | Distribution | O | U | Buy (add'l) | 11/16/20 | L | | |
| 377.  - Centerbridge Cap Ptnrs LPs (Priv. Eq) | E | Distribution | M | U | | | | | |
| 378.  - MP Fund I LP (private eq) | | None | N | U | | | | | |
| 379.  - Kildare European Partners I, LP (private eq) | F | Distribution | M | U | | | | | |
| 380.  - Acacia Conservation Fund LP (private equity) - Artemis R E Prtnr | | None | P2 | W | | | | | |
| 381.  - Artemis R E Prtnrs Hlthcare Fd I LP (private equity) | G | Distribution | O | W | Buy (add'l) | 01/23/20 | L | | |
| 382. | | | | | Buy (add'l) | 02/18/20 | L | | |
| 383. | | | | | Buy (add'l) | 04/02/20 | M | | |
| 384. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 385. | | | | | Buy (add'l) | 12/28/20 | L | | |
| 386.  - Artemis Real Est Partners Fd I (NR) LP | | None | L | W | | | | | |
| 387.  - Artemis Real Est Partnrs Fd II LP | G | Distribution | N | W | Buy (add'l) | 05/28/20 | K | | |
| 388.  - Baupost Val Partners LP II | | None | P2 | U | | | | | |
| 389.  - Abrams Capital Partners II LP | | None | P2 | W | Redeemed (part) | 12/31/20 | P1 | | see part VIII |
| 390.  - Advent International GPE VIII-B LP (private equity) | | None | P1 | W | Buy (add'l) | 03/13/20 | L | | |
| 391. | | | | | Buy (add'l) | 06/11/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Buy (add'l) | 09/18/20 | K | | |
| 393.  - Charlesbank Executives Fund IX, LP | E | Distribution | P1 | W | Buy (add'l) | 04/15/20 | M | | |
| 394. | | | | | Buy (add'l) | 07/15/20 | L | | |
| 395. | | | | | Buy (add'l) | 10/13/20 | M | | |
| 396. | | | | | Buy (add'l) | 11/19/20 | K | | |
| 397. | | | | | Buy (add'l) | 12/29/20 | M | | |
| 398. | | | | | Distributed (part) | 10/08/20 | N | | see part VIII |
| 399.  - CX Partners Fd Limited (private eq) | F | Distribution | M | W | | | | | |
| 400.  - Denham Oil & Gas Fd LP (private equity) | F | Distribution | O | W | Buy (add'l) | 07/29/20 | M | | |
| 401.  - Elliott Associates LP | | None | P2 | W | Redeemed (part) | 10/31/20 | P1 | | |
| 402. | | | | | Redeemed (part) | 12/15/20 | L | | See Part VIII |
| 403.  - FE Industrial Partners I LP | G | Distribution | L | W | Buy (add'l) | 01/03/20 | M | | |
| 404. | | | | | Buy (add'l) | 02/19/20 | M | | |
| 405. | | | | | Buy (add'l) | 12/16/20 | K | | |
| 406. | | | | | Redeemed (part) | 10/22/20 | M | | See Part VIII |
| 407.  - Hephaestion II LP priv eq | | None | M | W | | | | | |
| 408.  - Hephaestion III LP | | None | M | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.   - Hephaestion IV LP (private equity) | H1 | Distribution | P1 | W | | | | | |
| 410.   - Hephaestion Retail LP priv eq | | None | K | W | | | | | |
| 411.   - HighVista I LP | | None | N | W | Redeemed<br>(part) | 11/02/20 | P1 | | See Part VIII |
| 412.   - Hillhouse Fund III LP (private equity) | G | Distribution | P1 | W | Buy<br>(add'l) | 01/22/20 | J | | |
| 413. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 414. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 415. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 416. | | | | | Buy<br>(add'l) | 12/17/20 | K | | |
| 417. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 418.   - Hillhouse Fund IV, L.P. | G | Distribution | P1 | W | Buy<br>(add'l) | 03/02/20 | N | | |
| 419. | | | | | Buy<br>(add'l) | 03/20/20 | M | | |
| 420. | | | | | Buy<br>(add'l) | 04/27/20 | M | | |
| 421. | | | | | Buy<br>(add'l) | 06/25/20 | L | | |
| 422. | | | | | Buy<br>(add'l) | 07/10/20 | M | | |
| 423. | | | | | Buy<br>(add'l) | 08/24/20 | N | | |
| 424. | | | | | Buy<br>(add'l) | 09/04/20 | N | | |
| 425. | | | | | Buy<br>(add'l) | 09/21/20 | N | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>    (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>    (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>    (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Buy<br>(add'l) | 09/30/20 | K | | |
| 427. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 428.  - Innovation works Development Fd II, LP<br>(private equity) | G | Distribution | P1 | W | | | | | |
| 429.  - Kabouter International Opportunities Fd II<br>LLC (private equity) | | None | P1 | W | | | | | |
| 430.  - Kensico Associates LP (private equity) | B | Distribution | P2 | W | | | | | |
| 431.  - Kildare European Partners II LP | G | Distribution | O | W | Buy<br>(add'l) | 03/06/20 | K | | |
| 432. | | | | | Buy<br>(add'l) | 05/29/20 | M | | |
| 433. | | | | | Buy<br>(add'l) | 07/31/20 | L | | |
| 434. | | | | | Buy<br>(add'l) | 12/10/20 | M | | |
| 435.  - Lime Rock Partners IV LP (combined)<br>(private equities) | | None | J | W | | | | | |
| 436.  - Lime Rock Partners V, LP combined | | None | M | W | Buy<br>(add'l) | 12/24/20 | J | | |
| 437.  - Long Pond Capital QP Fund, LP | G | Distribution | O | W | Redeemed<br>(part) | 10/19/20 | M | | See Part VIII |
| 438.  - MFN Partners, LP | | None | P1 | W | Buy<br>(add'l) | 03/31/20 | N | | |
| 439.  - NCP Fund I, LP (Nonantum Capital<br>Partners Fund I) | | None | O | W | Buy<br>(add'l) | 01/15/20 | J | | |
| 440. | | | | | Buy<br>(add'l) | 05/20/20 | K | | |
| 441. | | | | | Buy<br>(add'l) | 08/11/20 | J | | |
| 442. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  - Orion European Real Estate Fund II CV | | None | J | W | | | | | |
| 444.  - Orion European Real Estate Fund III CV | | None | M | W | Buy (add'l) | 01/15/20 | J | | |
| 445. | | | | | Buy (add'l) | 02/18/20 | K | | |
| 446.  - Orion European Real Estate Fund IV CV | E | Distribution | O | W | Buy (add'l) | 01/03/20 | K | | |
| 447. | | | | | Buy (add'l) | 04/16/20 | M | | |
| 448. | | | | | Buy (add'l) | 06/02/20 | L | | |
| 449. | | | | | Buy (add'l) | 09/22/20 | L | | |
| 450. | | | | | Buy (add'l) | 12/10/20 | L | | |
| 451.  - Orion European Real Estate Fund V SLP | G | Distribution | M | W | Buy (add'l) | 03/24/20 | M | | |
| 452. | | | | | Buy (add'l) | 08/20/20 | M | | |
| 453.  - Penta Asia Long Short Fund LTD | | None | J | W | | | | | |
| 454.  - Polaris Vent Part Entrep Fd V LP | F | Distribution | O | W | Distributed (part) | 05/26/20 | J | | See Part VIII |
| 455. | | | | | Distributed (part) | 06/09/20 | J | | See Part VIII |
| 456. | | | | | Distributed (part) | 06/15/20 | J | | See Part VIII |
| 457. | | | | | Distributed (part) | 07/10/20 | J | | See Part VIII |
| 458. | | | | | Distributed (part) | 08/04/20 | J | | See Part VIII |
| 459. | | | | | Distributed (part) | 08/21/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Distributed (part) | 08/28/20 | K | | See Part VIII |
| 461. | | | | | Distributed (part) | 09/30/20 | K | | See Part VIII |
| 462. | | | | | Distributed (part) | 10/01/20 | J | | See Part VIII |
| 463.  - S Capital, L.P. | | None | O | W | Buy (add'l) | 01/17/20 | L | | |
| 464. | | | | | Buy (add'l) | 03/06/20 | K | | |
| 465. | | | | | Buy (add'l) | 03/13/20 | L | | |
| 466. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 467. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 468. | | | | | Buy (add'l) | 12/18/20 | K | | |
| 469.  - Tekne Partners, LP (private equity) | | None | P2 | W | Redeemed (part) | 07/10/20 | P1 | | See Part VIII |
| 470.  - Thorntree Capital Fund LP | H1 | Distribution | P1 | W | Redeemed (part) | 07/20/20 | P1 | | See Part VIII |
| 471.  - X Investment Holding Ltd/Indian Dream Financial Advisors | | None | N | W | | | | | |
| 472.  - MA St College Bds Municipal Bds | C | Interest | | | Matured | 01/01/20 | M | A | See Part VIII |
| 473.  - MEDINA CNTY OHIO LIBR DIST 5% 12-01-2020 BEO | D | Interest | | | Sold | 11/27/20 | M | | See Part VIII |
| 474.  - OREGON ST 5% 12-01-2020 BEO | D | Interest | | | Sold | 11/27/20 | N | | See Part VIII |
| 475.  - Metropolitan St Louis, MO municipal fds | D | Interest | M | T | | | | | |
| 476.  - Castle Rock Colo Sales & Use Tax Rev municipal bds | C | Interest | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. - Edmond OK Pub Wks Auth Sales Tax & Util Rev municipal bds | E | Interest | | | Sold | 11/27/20 | N | | See Part VIII |
| 478. - EAGLE RIV COLO WTR & SANTN DIST ENTERPRISE WASTEWTR REV 5 12-01-202 | C | Interest | M | T | | | | | |
| 479. - Massachusetts St Clean Wtr municipal bds | E | Interest | O | T | | | | | |
| 480. - Minneapolis & St Paul MN Met Arpts Comm municipal bds | C | Interest | M | T | | | | | |
| 481. - New York NY City HSG Dev Corp municipal bond | D | Interest | O | T | | | | | |
| 482. - South Dakota Brd Regts Hsg & Auxiliary Fac municipal bds | D | Interest | M | T | | | | | |
| 483. - BOSTON MASS 5.0% 01 MAR 2036 | E | Interest | O | T | | | | | |
| 484. - MA ST TRANSN FD 5% 05-15-2021 BEO | E | Interest | N | T | | | | | |
| 485. - MASSACHUSETTS DEPT TRANSN MET HWY SYS REV 5.0% | D | Interest | M | T | | | | | |
| 486. - UTAH TRAN AUTH SALES TAX REV 5.25% | D | Interest | N | T | | | | | |
| 487. - CHARLESTON S C WTRWKS & SWR REV 5.0% | E | Interest | | | Sold | 11/27/20 | N | E | |
| 488. - TEWKSBURY MA MUN PURP LN 3% | B | Interest | | | Sold | 09/11/20 | L | D | |
| 489. - NEW YORK N Y CITY TRANSITIONAL FIN AUTH REV 5% | B | Interest | | | Sold | 11/27/20 | N | | See Part VIII |
| 490. - Durable Capital - Class B | | None | P2 | U | Buy (add'l) | 03/30/20 | P1 | | |
| 491. - Hillhouse Gaoling Fund | | None | P2 | U | | | | | |
| 492. - Lindsell Train Global Equity LLC | | None | P2 | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. - Lux Co-Invest Opportunities II | | None | N | U | Buy (add'l) | 04/24/20 | L | | |
| 494. | | | | | Buy (add'l) | 08/06/20 | L | | |
| 495. | | | | | Buy (add'l) | 10/15/20 | M | | |
| 496. | | | | | Buy (add'l) | 12/18/20 | K | | |
| 497. - Cardlytics Stock (stock distribution from Polaris Fund) | | None | | | Sold | 02/28/20 | K | A | |
| 498. - S Capital Opportunity Fund | | None | N | T | Buy (add'l) | 03/31/20 | M | | |
| 499. | | | | | Buy (add'l) | 06/18/20 | J | | |
| 500. | | | | | Buy (add'l) | 12/10/20 | K | | |
| 501. | | | | | Buy (add'l) | 12/18/20 | K | | |
| 502. - Whale Rock Flagship Fund LP | | None | P2 | W | Buy (add'l) | 07/30/20 | P1 | | |
| 503. - ISHARES RUSSELL 2000 INDEX ETF (x) | | None | | | Open | 01/17/20 | P1 | | |
| 504. | | | | | Sold | 03/23/20 | P1 | | See Part VIII |
| 505. - Ishares Gold Trust (x) | | None | P1 | T | Open | 04/08/20 | P1 | | |
| 506. - Kala Pharma (Stock Distribution) (x) | | None | | | Open | 05/26/20 | J | | |
| 507. | | | | | Sold | 07/01/20 | J | | See Part VIII |
| 508. - Phreesia, Inc (Stock Distribution) (x) | | None | | | Open | 06/09/20 | K | | |
| 509. | | | | | Sold | 09/30/20 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 510.  - Phreesia, Inc (Stock Distribution) (x) | None | | | | Open | 06/15/20 | J | | |
| 511. | | | | | Sold | 08/11/20 | J | A | |
| 512.  - FATE (Stock Distribution) (x) | None | | | | Open | 07/10/20 | J | | |
| 513. | | | | | Sold | 08/09/20 | J | | See Part VIII |
| 514.  - Phreesia, Inc (Stock Distribution) (x) | None | | | | Open | 09/30/20 | K | | |
| 515. | | | | | Sold | 10/08/20 | K | A | |
| 516.  - Phreesia, Inc (Stock Distribution) (x) | None | | | | Open | 06/09/20 | K | | |
| 517. | | | | | Sold | 07/01/20 | K | | See Part VIII |
| 518.  - FATE(Stock Distribution) (x) | None | | | | Open | 10/01/20 | J | | |
| 519. | | | | | Sold | 10/08/20 | J | A | |
| 520.  - Wayfair (Stock Distribution) (x) | None | | | | Open | 10/08/20 | N | | |
| 521. | | | | | Sold | 11/09/20 | N | | See Part VIII |
| 522.  - D1 Capital Partners Onshore LP (x) | None | | P1 | W | Open | 11/30/20 | P1 | | |
| 523.  - Hillhouse Focused Growth Fund V (x) | None | | K | W | Open | 09/29/20 | M | | |
| 524. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 525. | | | | | Redeemed<br>(part) | 11/06/20 | L | | See Part VIII |
| 526.  - Hillhouse Fund V (x) | None | | K | W | Open | 11/30/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. | | | | | Redeemed (part) | 12/22/20 | J | | See Part VIII |
| 528.  - Hillhouse Venture Fund V (x) | None | | L | W | Open | 09/29/20 | M | | |
| 529. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 530. | | | | | Redeemed (part) | 11/06/20 | M | | |
| 531. | | | | | Redeemed (part) | 12/09/20 | J | | See Part VIII |
| 532.  - HLCI Investment Fund II (x) | None | | L | W | Open | 08/19/20 | L | | |
| 533.  - HighVista BioTech Opp Fund (x) | None | | P1 | W | Open | 09/29/20 | P1 | | |
| 534.  - Overlook Partners Fund (x) | None | | P1 | W | Open | 04/27/20 | P1 | | |
| 535. | | | | | Buy (add'l) | 05/27/20 | P1 | | |
| 536.  - S Capital II, LP (x) | None | | N | W | Open | 07/24/20 | M | | |
| 537. | | | | | Buy (add'l) | 08/13/20 | L | | |
| 538. | | | | | Buy (add'l) | 08/27/20 | L | | |
| 539. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 540.  - Section 32 (x) | None | | O | W | Open | 05/13/20 | M | | |
| 541. | | | | | Buy (add'l) | 06/03/20 | M | | |
| 542. | | | | | Buy (add'l) | 07/20/20 | M | | |
| 543. | | | | | Buy (add'l) | 10/28/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544. -TrueBridge Capital Partners (x) | | None | O | W | Open | 12/15/20 | N | | |
| 545. - The Engine Fund (x) | | None | K | W | Open | 12/18/20 | K | | |
| 546. - Waterline Ventures III LP (private equity) (x) | | None | L | W | Open | 08/24/20 | L | | |
| 547. - RA Capital Healthcare Fund LP (x) | | None | P1 | W | Open | 02/27/20 | P1 | | |
| 548. - MASSACHUSETTS ST DEV FIN AGY REV 5.0% DUE 7-1-2039 (x) | D | Interest | N | T | Open | 02/27/20 | N | | |
| 549. - MASSACHUSETTS ST DEV FIN AGY REV 5.0% DUE 4-1-2028 (x) | D | Interest | N | T | Open | 04/01/20 | N | | |
| 550. - MASSACHUSETTS ST DEV FIN AGY REV 5.0% DUE 10-15-2030 (x) | C | Interest | M | T | Open | 04/29/20 | M | | |
| 551. - MA St Sch Bldg Auth Ded Sales Tax Rev 5.0% BEO 11-15-2046 (x) | E | Interest | N | T | Open | 01/16/20 | N | | |
| 552. - MASSACHUSETTS ST 5.0% DUE 11-01-2029 BEO (x) | | None | M | T | Open | 12/03/20 | M | | |
| 553. - MEDFORD ORE HOSP FACS AUTH REV 5.0% DUE 08-15-2033 (x) | | None | L | T | Open | 07/21/20 | L | | |
| 554. First Republic Bank, bank account (cash account) | E | Interest | P2 | T | | | | | |
| 555. Perry Partners, LP (private equity) | | None | J | U | Redeemed (part) | 04/28/20 | J | | See Part VIII |
| 556. Local Motors Inc Ser B pfd stock | | None | M | T | | | | | |
| 557. Local Motors Inc Ser C pfd stock | | None | N | T | | | | | |
| 558. AdoreMe Inc-seed pfd (fka WebcamGen Inc Ser A pfd) clsly held | | None | N | T | | | | | |
| 559. Highland Capital Partners VIII, LP | | None | M | U | | | | | |
| 560. Prosperitas Real Est Partners III LP (private equity) | | None | J | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. Prosperitas Real Est Partners IIIA LP (private equity) | | None | J | W | | | | | |
| 562. Prosperitas Real Est Partners IIIB LP (private equity) | | None | J | W | | | | | |
| 563. Liveprocess Corp Ser B pfd | | None | J | W | | | | | |
| 564. Trust # 29 (H) | | | | | | | | | |
| 565. - Plymouth Rock Co Inc OC Cl A com stock (closely held) | G | Dividend | P2 | T | | | | | |
| 566. - MECM Investments, LLC interest | H1 | Distribution | P4 | W | Distributed (part) | 12/31/20 | P1 | | See part VIII |
| 567. - First Republic Bank, Bank account (cash account) | | None | M | T | | | | | |
| 568. - First Republic Bank, Bank account (cash account 2) | A | Interest | J | T | | | | | |
| 569. - First Republic Bank, Bank account (cash account 3) (x) | A | Interest | J | T | Open | 02/28/20 | J | | |
| 570. Trust # 31 (H) | | | | | | | | | |
| 571. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | D | Dividend | N | T | | | | | |
| 572. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX) mutual fd | D | Dividend | M | T | | | | | |
| 573. - Int in MECM Investments LLC (privately held) | F | Distribution | P1 | W | | | | | |
| 574. - First Republic Bank, Bank account (cash account) | A | Interest | M | T | | | | | |
| 575. - First Republic Bank, Bank account (cash account 2) (x) | A | Interest | K | T | Open | 02/28/20 | K | | |
| 576. - Hephaestion, LP (private equity) | | None | J | W | | | | | |
| 577. - Hephaestion Co Inv I LP | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 578. - Porus Inv Hldg Co Ltd | | None | J | W | | | | | |
| 579. - Xander Master Fund LLC | | None | J | W | | | | | |
| 580. - Ptolemy Holdings Trust | E | Distribution | P1 | W | | | | | |
| 581. Learn Our History LLC (private equity) | | None | J | W | | | | | |
| 582. Patagonia Sur, LLC (private equity) | | None | M | U | | | | | |
| 583. Trust # 32 (H) | | | | | | | | | |
| 584. - Int in MECM Investments LLC (closely held) | E | Distribution | O | W | | | | | |
| 585. - Vanguard Dvd Apprec Ind-adm (VDADX) mutual fd | D | Dividend | N | T | | | | | |
| 586. - Vanguard Emerg Mkts Stock Indx-adm (VEMAX mutual fund | A | Dividend | K | T | | | | | |
| 587. - First Republic Bank, Bank account (cash account) | A | Interest | L | T | | | | | |
| 588. - First Republic Bank, Bank account (cash account 2) | A | Interest | L | T | | | | | |
| 589. - Hephaestion LP | | None | J | W | | | | | |
| 590. - Hephaestion Co Inv I LP | | None | J | W | | | | | |
| 591. - Porus Inv Hldg Co Ltd | | None | J | W | | | | | |
| 592. - Xander Master Fund LLC | | None | J | W | | | | | |
| 593. - Ptolemy Holdings Trust | E | Distribution | P1 | W | | | | | |
| 594. Compass DRR Mexico F1-2 Limited (private equity) | | None | N | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. RNPF Co Invest LLC (private equity) | | None | M | U | | | | | |
| 596. RP Holdings Fund II, LLC (private equity) | D | Distribution | J | U | | | | | |
| 597. Velos Partners Fund I LP (private equity) | | None | M | U | | | | | |
| 598. Proclara Biosciences Inc Ser D pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | |
| 599. Local Motors Inc Ser B-1 pfd (closely held) | | None | N | T | | | | | |
| 600. Proclara Biosciences Inc Ser E pfd stock (fka Neurophage Pharmls) | | None | K | T | | | | | |
| 601. CourtScribes Inc Ser A prim pfd (Delaware Corp) | | None | K | T | | | | | |
| 602. Blackivy LLC (private eq) | | None | L | W | | | | | |
| 603. Coastal Force Invt in Real Estate LP (private eq) | | None | O | U | | | | | |
| 604. Longpoint Realty Partners LP CL B (private eq) | | None | O | U | Buy (add'l) | 12/31/20 | M | | |
| 605. IRA Rollover # 2 (H) | | | | | | | | | |
| 606. - Vanguard Total Wrld Stock Idx Fd (VT) mutial fd | | None | | | Sold | 03/12/20 | M | D | See part VIII |
| 607. - Federated Hermes Treasury Obl (cash equiv) | A | Interest | M | T | Buy (add'l) | 01/03/20 | J | | See part VIII |
| 608. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 609. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 610. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 611. | | | | | Buy (add'l) | 03/12/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 612. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 613. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 614. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 615. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 616. | | | | | Buy (add'l) | 08/04/20 | J | | |
| 617. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 618. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 619. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 620. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 621. Trust # 33 (H) | | | | | | | | | |
| 622. - First Republic Bank, Bank account (cash account) | A | Interest | J | T | | | | | |
| 623. - Interest in Trust # 35 | G | Distribution | P2 | T | Distributed (part) | 06/20/20 | P1 | | see part VIII |
| 624. Guesty Inc Ser A pfd stock | | None | M | T | | | | | |
| 625. HST Solar Farms Inc Ser A-2 Pfd (closely held) | | None | M | W | | | | | |
| 626. Graduate Syndicate Fund I LP (private equity) | A | Distribution | M | U | | | | | |
| 627. Blackstone Distressed Securites Fund LP (private equity) | | None | J | U | | | | | |
| 628. Semma Therapeutics Inc Ser B Pfd stock | | None | O | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 629.  Venn 2014 LTD (private equity) | | None | M | W | | | | | |
| 630.  - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | M | T | Open | 02/28/20 | K | | |
| 631.  - Fidelity Cash reserves (x) | A | Dividend | M | T | Open | 10/19/20 | M | | |
| 632.  Trust # 34 (H) | | | | | | | | | |
| 633.  - Int in MECM Investment LLC (privately held) | G | Distribution | P2 | W | | | | | |
| 634.  - First Republic Bank, Bank account (cash account) | B | Interest | O | T | | | | | |
| 635.  - Fidelity Cash Reserves Fund (x) | A | Dividend | O | T | Open | 05/11/20 | O | | |
| 636.  - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | N | T | Open | 02/28/20 | L | | |
| 637.  Trust # 35 (H) | | | | | | | | | |
| 638.  - Plymouth Rock Co Inc OC Cl A - common stock | H1 | Dividend | P3 | T | | | | | |
| 639.  - First Republic Bank, Bank account (cash account) | A | Interest | J | T | | | | | |
| 640.  - First Republic Bank, Bank account (cash account) 2 (x) | A | Interest | J | T | Open | 02/28/20 | J | | |
| 641.  Trust #36 (H) | | | | | | | | | |
| 642.  - Int in MECM Investments, LLC Interest | G | Distribution | | | Distributed (part) | 12/30/20 | P1 | | See Part VIII |
| 643. | | | | | Distributed | 12/30/20 | P2 | | See Part VIII |
| 644.  - First Republic Bank, Bank account (cash account) | B | Interest | | | Closed | 12/29/20 | N | | See Part VIII |
| 645.  - First Republic Bank, Bank account (cash account) 2 (x) | B | Interest | | | Open | 02/28/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 646. | | | | | Closed | 12/31/20 | O | | See Part VIII |
| 647.  - Fidelity cash reserves | | None | | | Buy (add'l) | 07/10/20 | N | | |
| 648. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 649. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 650. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 651. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 652. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 653. | | | | | Sold | 12/29/20 | N | | See Part VIII |
| 654.  Graduate Syndicate Fund 2 LP | | None | N | U | Buy (add'l) | 06/04/20 | M | | |
| 655.  NREP NSF III InvestCo 66 AS | | None | N | W | Buy (add'l) | 02/14/20 | L | | |
| 656. | | | | | Buy (add'l) | 10/06/20 | L | | |
| 657.  Proclara Biosciences Inc Ser F PFD | | None | J | W | | | | | |
| 658.  MECM Investments, LLC interest | H1 | Distribution | P3 | W | Buy (add'l) | 12/30/20 | P2 | | |
| 659.  MECM Investments, LLC interest | G | Distribution | P1 | W | | | | | |
| 660.  Glidewell (x) | | None | J | W | Open | 09/30/20 | J | | |
| 661.  IRA Rollover #3 (H) | | | | | | | | | |
| 662.  - Federated Treasury Obliga - IS (cash equiv) | A | Interest | M | T | Buy (add'l) | 03/12/20 | M | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 663.  - Vanguard Total Wrld Stock Idx Fd (VT) mutual fd | | None | | | Sold | 03/12/20 | M | D | |
| 664. Trust # 38 (H) | | | | | Closed | 01/01/20 | J | | |
| 665.  - Ropes Wealth Advisors (H) | | None | | | Closed | 01/01/20 | J | | See Part VIII |
| 666. Trust # 39 (H) (x) | | | | | | | | | |
| 667.  - First Republic Bank, Bank account (cash account) (x) | A | Interest | J | T | Open | 02/28/20 | J | | |
| 668.  - MECM Investments, LLC interest (x) | | Distribution | P2 | T | Open | 01/01/20 | P2 | | |
| 669. | | | | | Distributed (part) | 12/30/20 | P2 | | See Part VIII |
| 670. | | | | | | | | | |
| 671. | | | | | | | | | |
| 672. | | | | | | | | | |
| 673. | | | | | | | | | |
| 674. | | | | | | | | | |
| 675. | | | | | | | | | |
| 676. | | | | | | | | | |
| 677. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -

A. Reference is made to Trust #4 of which [ ] is a co-trustee.    NOTE:  All asssets have been separately reported on the FDR and properly disclosed.
B. Reference is made to Trust #5 of which [ ] is a co-trustee.    NOTE:  All asssets have been separately reported on the FDR and properly disclosed.

Part VII. Investments and Trusts -

A.  Items listed on calendar year 2019 Financial Disclosure Report (FDR) and excluded for calendar year 2020 do not meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

Item 2: Baupost Value Partners LP I  - There was no reportable gain on the redemption.
Item 33: Highfields Capital II LP  - There was no reportable gain on the redemption.
Item 38: Europa Fund II US LP  - There was no reportable gain on the redemption.
Item 63: TA X LP (Priv Eq)  - There was no reportable gain on the redemption.
Item 119: MA St Dev Fin Agy Bds, municipal bds  - There was no reportable gain on bond maturity.
Item 120: CHARLESTON CNTY S C 5% 11-01-2021 BEO - There was no reportable gain on the sale.
Item 121: Frederick Cty MD municipal bds  - There was no reportable gain on bond maturity.
Item 124: PS Opportunities Onshore LP (priv equity)  - There was no reportable gain on the redemption.
Item 125: University Utah University Revs (municipal Bds) - There was no reportable gain on the sale.
Item 127: Morehead St Univ KY municipal bds - There was no reportable gain on the sale.
Item 131: Edgbaston Asian Equity Trust (private eq) - There was no reportable gain on the redemption.
Item 134: Governors Lane Onshore Fund LP (private equity) - There was no reportable gain on the redemption.
Item 351: Vanguard Dividend Apprec IDX Admiral (mutual fd) - There was no reportable gain on the sale.
Item 353: ishares MSCI World ETF - There was no reportable gain on the sale.
Item 358: WA Multnomah & Yamhill Cntys municipal bds - There was no reportable gain on the sale.
Item 389: Abrams Capital Partners II LP - There was no reportable gain on the redemption.
Item 393: Charlesbank Executives Fund IX, LP - distributed Wayfair stock, see item #520
Item 401: Elliott Associates LP - There was no reportable gain on the redemption.
Item 403: FE Industrial Partners I LP - There was no reportable gain on the redemption.
Item 411: HighVista I LP - There was no reportable gain on the redemption.
Item 437: Long Pond Capital QP Fund, LP - There was no reportable gain on the redemption.
Item 454: Polaris Vent Part Entrep Fd V LP - distributed Kala Pharmaceuticals Inc stock, see item #506,  distributed Phreesia, Inc stock, see item #508, distributed Phreesia, Inc stock, see item #510, distributed FATE, Inc stock, see item #512, distributed Phreesia, Inc stock, see item #514, distributed Phreesia, Inc stock, see item #516, distributed FATE, Inc stock, see item #518,
Item 469: Tekne Partners, LP (private equity) - There was no reportable gain on the redemption.
Item 470: Thorntree Capital Fund LP - There was no reportable gain on the redemption.
Item 472: MA St College Bds Municipal Bds  - There was no reportable gain on bond maturity.
Item 473: MEDINA CNTY OHIO LIBR DIST 5% 12-01-2020 BEO  - There was no reportable gain on the sale.
Item 474: OREGON ST 5% 12-01-2020 BEO - There was no reportable gain on the sale.
Item 477: Edmond OK Pub Wks Auth Sales Tax & Util Rev municipal bds - There was no reportable gain on the sale.
Item 489: NEW YORK N Y CITY TRANSITIONAL FIN AUTH REV 5% - There was no reportable gain on the sale.
Item 503: ISHARES RUSSELL 2000 INDEX ETF - There was no reportable gain on the sale.
Item 506: Kala Pharma (Stock Distribution) - There was no reportable gain on the sale.
Item 512: FATE (Stock Distribution) - There was no reportable gain on the sale.
Item 516: Phreesia, Inc (Stock Distribution) - There was no reportable gain on the sale.
Item 523: Hillhouse Focused Growth Fund V - There was no reportable gain on the redemption.
Item 526: Hillhouse Fund V - There was no reportable gain on the redemption.
Item 528: Hillhouse Venture Fund V - There was no reportable gain on the redemption.
Item 555: Perry Partners, LP (private equity) - There was no reportable gain on the redemption.
Item 566: MECM Investments, LLC interest - Distribution was to Item# 658, there was no reportable gain on the distribution.
Item 606: Vanguard Total Wrld Stock Idx Fd (VT) mutial fd - There was no reportable gain on the sale.
Item 607: Federated Hermes Treasury Obl (cash equiv) - There was a name change per the investment, The old was Federated USTreas Cash Rsv cash eq mutual fd, the new name is Federated Hermes Treasury Obl.
Item 623: Interest in Trust # 35 - Distribution was to Item# 637, there was no reportable gain on the distribution.
Item 642: Int in MECM Investments, LLC Interest - the first Distribution was to Item# 633, there was no reportable gain on the distribution.  The second Distribution was to Item# 658, there was no reportable gain on the distribution.
Item 644: First Republic Bank, Bank account (cash account) - Account was closed and transfered to Item# 554
Item 646: First Republic Bank, Bank account (cash account) - Account was closed and transfered to Item# 554
Item 647: Fidelity cash reserves - There was no reportable gain on the sale.
Item 662: Federated Hermes Treasury Obl (cash equiv) - There was a name change per the investment, The old was Federated USTreas Cash Rsv cash eq mutual fd, the new name is Federated Hermes Treasury Obl.
Item 665: Ropes Wealth Advisors - Account was liqudated in 2019.  The account was closed on 1/1/2020.
Item 668: MECM Investments, LLC interest - Distribution was to Item# 658, there was no reportable gain on the distribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PATTI B. SARIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544